No. 67990.—Moscahlades Bros., Inc., et al. *v.* United States, protests 62/14123(B), etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the proper basis for converting the weight in pounds to gallons is 6.5 pounds per gallon, the claim of the plaintiffs was sustained, and the collector was directed to reliquidate the entries accordingly.

BEFORE THE FIRST DIVISION, SEPTEMBER 18, 1963

No. 67991.—Weigert-Dagen Shoe Co., Inc., and Fuchs Shoe Corporation *v.* United States, protests 144614–K and 154310–K (Laredo).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of footwear, in chief value of leather, similar in all material respects to the merchandise the subject of *United States* v. *A. J. Taylor of Santa Fe, New Mexico* (48 CCPA 97, C.A.D. 772), the claim of the plaintiffs was sustained.

No. 67992.—Keer, Maurer Company *v.* United States, protest 59/31653 (Philadelphia).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic fishes and plantlike forms in plastic envelopes similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.